IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KEVIN PLANTAN,

        Plaintiff,

v.                                       Civil Action No. 3:22cv407

KELLY SMITH, *et al.*,

        Defendants.

## FINAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Kelly Smith's Motion for Summary Judgment, (ECF No. 77), and GRANTS Defendants Wendy Atkinson and Cornerstone Therapy Associates, LLC's Motion for Summary Judgment, (ECF No. 79).

1. The Court GRANTS Kelly Smith's Motion for Summary Judgment as to Count III (malicious prosecution) and Count V (intentional infliction of emotional distress), (ECF No. 77); and,

2. The Court GRANTS Wendy Atkinson and Cornerstone Therapy Associates, LLC's Motion for Summary Judgment as to Count III (malicious prosecution), (ECF No. 79).

Accordingly, the Complaint, (ECF No. 1), is DISMISSED WITH PREJUDICE.

It is SO ORDERED.

Date: 06/18/2024
Richmond, Virginia

                                                                /s/
M. Hannah Lauck
United States District Judge